# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:22MC114

| | |
|---|---|
| IN RE: REQUEST FOR JUDICIAL ASSISTANCE FROM THE WESTERN BRANCH OF BUSAN DISTRICT COURT IN BUSAN, REPUBLIC OF KOREA IN THE MATTER OF *SHIN STEEL CO., LTD. v. NONGHYUP BANK CO., LTD.,* <u>REF NO. 2022-F-1294</u> | **ORDER** |

WHEREAS, the United States, by its counsel, on behalf of the Western Branch of Busan District Court in Busan, Republic of Korea, in *Shin Steel Co., Ltd. v. Nonghyup Bank Co., Ltd.,* Foreign Reference Number 2022-F-1294, through its Application pursuant to 28 U.S.C. § 1782, is seeking to obtain certain information from Wells Fargo, for use in connection with a judicial proceeding in the Western Branch of Busan District Court in Busan, Republic of Korea; and

WHEREAS upon review of the Letter of Request issued by the Western Branch of Busan District Court in Busan, Republic of Korea in *Shin Steel Co., Ltd. v. Nonghyup Bank Co., Ltd.,* seeking evidence from individuals or entities who may be found within the jurisdiction of this Court for use in said judicial proceedings in the Republic of Korea, and the Court being fully informed in the premises.

NOW THEREFORE, it is ORDERED AND ADJUDGED, pursuant to the authority contained in Title 28, United States Code Section 1782(a) and Rule 28(a) of the Federal Rules of Civil Procedure that Jonathan D. Letzring, Assistant United States Attorney for the Western District of North Carolina, hereby is appointed Commissioner of this Court, to obtain by subpoena the requested evidence from Wells Fargo Bank for transmission to the Office of International Judicial Assistance, United States Department of Justice, for transmission to the Western Branch

of Busan District Court in Busan, Republic of Korea in *Shin Steel Co., Ltd. v. Nonghyup Bank Co., Ltd.*, and to do all else that may be necessary for the accomplishment of the purpose of this Order.

IT IS FURTHER ORDERED that the United States Attorney's Office shall provide Wells Fargo in Charlotte, NC with a copy of this Order and the accompanying documents.

IT IS THEREFORE ORDERED that the Application Pursuant to 28 U.S.C. § 1782 (#1) is GRANTED in accordance with the terms of this Order.

Signed: July 20, 2022

Max O. Cogburn Jr
United States District Judge